| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

GREGORY T. GUY                     §
and CASSANDRA C. GUY,              §
                                   §
      Plaintiffs,             §
                                   §
*versus*                           §   CIVIL ACTION NO. 1:07-CV-5
                                   §
ALLSTATE TEXAS LLOYD'S             §
and HAAG ENGINEERING CO.,          §
                                   §
      Defendants.             §

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, for pretrial proceedings pursuant to an Order of Reference entered on January 10, 2007. The court has received and considered the report of the United States magistrate judge, who recommends that the court enter judgment pursuant to settlement.

The magistrate judge's report is hereby **ADOPTED**. The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

SIGNED at Beaumont, Texas, this 5th day of July, 2007.

                                             */s/ Marcia A. Crone*
                                             MARCIA A. CRONE
                                           UNITED STATES DISTRICT JUDGE